O'CONNOR KIMBALL LLP
BY: STEPHEN E. SIEGRIST, ESQUIRE
51 Haddonfield Road
Suite 330
Cherry Hill, New Jersey 08002
(856) 663-9292
Attorneys for Defendant, Correctional Health Services, Inc.

| | |
|---|---|
| INES CAJIGAS, Administratrix Ad Prosequendum and General Administratrix of THE ESTATE OF SANTOS JAVIER CAJIGAS<br><br>-vs-<br><br>COUNTY OF ESSEX DEPARTMENT OF CORRECTIONS, SCOTT A. FAUNCE, SR., Director, LARRY GLOVER, Warden, JOHN DOES # 1-5 (names being fictitious), RICHARD ROES, MD/DO # 1-5 (names being fictitious), MARY DOES, R.N. # 1-5 (names being fictitious), CORRECTIONAL HEALTH SERVICES, INC. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Civil Action No: 08-5834 (JAG) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and is hereby dismissed without costs against either party with prejudice.

BY: _____
ANTHONY L. COVIELLO
Attorney for Plaintiff

O'CONNOR KIMBALL LLP

By: _____
STEPHEN E. SIEGRIST
Attorneys for Defendant, CHS, Inc.

BY: _____
ALAN RUDDY
Attorney for County of Essex defendants
Dated:
File #: 210-9809